UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KERRI-ANN JOHNSON,<br><br>          Plaintiff,<br>   -v-<br><br>NV5, INC., NV5 GLOBAL, INC., LINDA REARDON, KRISTIN PETRICA, ALEXANDER A. HOCKMAN, and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),<br><br>          Defendants. | 20 Civ. 8455 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

In light of the referral to the District's Mediation Program, the Court adjourns the initial pretrial conference scheduled for January 22, 2021 at 2:00 p.m.

SO ORDERED.

                  *Paul A. Engelmayer*
                    PAUL A. ENGELMAYER
                    United States District Judge

Dated: December 22, 2020
     New York, New York