UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERRI-ANN JOHNSON,

                Plaintiff,

-v-

NV5, INC., NV5 GLOBAL, INC., LINDA REARDON, KRISTIN PETRICA, ALEXANDER A. HOCKMAN, and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

                Defendants.

CIVIL ACTION NO.: 20 Civ. 8455 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Today, the parties appeared for a Telephone Conference before the undersigned and reported that they have reached an agreement in principle to settle this Action. Accordingly, the parties shall submit a Joint Status Report by **Tuesday, April 27, 2021** concerning the status of their settlement discussions.

Dated:    New York, New York
            April 13, 2021

                                            SO ORDERED

                                            _/s/ Sarah L. Cave_
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**